

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00209-CV

———————————————

CHARLES RAYMOND SPRAGUE, Appellant

V.

JANE DOE, Appellee

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-285559-16

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was originally due on September 26, 2019. *See* Tex. R. App. P. 38.6(a). After this court granted two extensions of time for appellant to file the brief, on December 11, 2019, we notified him that because his brief had not been filed as the appellate rules require, we could dismiss the appeal for want of prosecution unless, within ten days, he filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because appellant has failed to file a brief even after we afforded an opportunity to explain the failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: January 16, 2020